

JUSTIN S. WEDDLE
direct dial. (212) 209-4906
fax. (212) 209-4801
jweddle@brownrudnick.com

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

February 10, 2015



**VIA E-MAIL**

MEMO ENDORSED

Hon. Jed S. Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>United States v. Paul Robson, et al., 14-cr-00272-JSR</u>

Dear Judge Rakoff:

    Pursuant to our conference call with chambers and opposing counsel, we submit this letter to request the Court's approval of a temporary extension of the defendant Paul Robson's travel restrictions to permit him to travel with his family to Italy for approximately one week in the second half of May 2015. As Brian Young, one of the assigned prosecutors, confirmed during our conference call, the Government has no objection. As soon as Mr. Robson's specific travel dates are finalized, we will provide those dates and any other details to Probation.

    Thank you for your consideration of this request.

Respectively Submitted,

*/s/ Justin S. Weddle (JSR)*
Justin S. Weddle

**SO ORDERED:**

*/s/ Jed S. Rakoff*
Hon. Jed S. Rakoff
United States District Judge    2-13-15

61679635

Brown Rudnick LLP     Boston | Dublin | Hartford | London | New York | Orange County | Paris | Providence | Washington DC