```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :        14 Cr. 272 (JSR)
                                     :
ANTHONY ALLEN,                       :               ORDER
PAUL THOMPSON,
TETSUYA MOTOMURA, and
ANTHONY CONTI,

              Defendants.
------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/15

JED S. RAKOFF, U.S.D.J.

On September 7, 2015, the Court issued an order in response to a motion by defendants Anthony Allen and Anthony Conti to dismiss the superseding indictment against them on "Kastigar" grounds, see Kastigar v. United States, 406 U.S. 441 (1972), or, in the alternative, to suppress on these grounds the testimony of Paul Robson and all evidence derived from that testimony. The Court indicated that a "Kastigar" hearing would need to be held before the Court could definitively resolve this motion and directed the parties to jointly call Chambers on September 10, 2015 at 9:30 a.m. to set the time and terms of the hearing.

After now hearing from counsel, the Court has determined that, in accordance with prevailing practice in the Second Circuit, the "Kastigar" hearing will take place (if still relevant) following the conclusion of the defendants' trial. The trial itself, counsel were informed by telephone earlier today, is now firmly set to commence on Tuesday, October 13, 2015 at 9:00 a.m.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 10, 2015