UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States,<br><br>    -v-<br><br>Paul Thompson,<br><br>           Defendant. | 14-cr-272 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Now before the Court is defendant Paul Thompson's petition for a writ of error *coram nobis,* Dkt. No. 298. In his petition, Thompson asks that the Court vacate his guilty plea to Count One of the Indictment, Dkt. No. 5, and his conviction and sentence on the same.

The Court emphasizes that it vacated the guilty pleas, convictions, and sentences of two of Mr. Thompson's co-defendants, Mr. Yagami and Mr. Robson under similar circumstances. *See Robson v. United States,* 14-cr-272, Dkt. No. 301; *Yagami v. United States,* Dkt. No. 302. This was because *United States v. Connolly*, 24 F.4th 821 (2d Cir. 2022), vitiated the basis for their respective guilty pleas to conspiracy to commit wire and bank fraud, because that basis -- submitting information to advantage the position of their employer -- was no longer sufficient to sustain their

convictions under *Connolly*. For substantially the same reasons that the Court articulated in those Orders, the Court hereby grants Thompson's petition and vacates his guilty plea, conviction, and sentence.

    SO ORDERED.

Dated:   New York, NY
           July 25, 2023

                                        JED S. RAKOFF, U.S.D.J.